IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

SANDRA HARROD                                                                                         PLAINTIFF

v.                                      Civil No. 6:15-cv-6111

SIGNET JEWELERS LIMITED, *et al.*                                                      DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed August 16, 2016, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 17. Judge Bryant recommends that Defendants' Motion to Compel Arbitration (ECF No. 6) be granted. No party has filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, the Court adopts the Report and Recommendation *in toto.* Accordingly, Defendants' Motion to Compel Arbitration (ECF No. 6) is GRANTED.

The parties are directed to proceed with arbitration in accordance with the terms of the arbitration agreement. The above-styled and numbered case is STAYED pending the outcome of the arbitration proceedings. The Clerk is directed to administratively terminate the case without prejudice to the right of either party to reopen the proceedings for good cause shown, for entry of any stipulation or order, or for any other purpose required to obtain a final determination in the litigation.

**IT IS SO ORDERED**, this 6th day of September, 2016.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge